NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**HAREN S. GANDHI, JOHN VITO CAVATAIO, ROBERT HENRY HAMMERLE, AND YISUN CHENG,**
*Appellants,*

**v.**

**BRIGITTE BANDL-KONRAD, ANDREAS HERTZBERG, BERND KRUTZSCH, ARNO NOLTE, MARKUS PAULE, STEFAN RENFFTLEN, NORBERT WALDBUESSER, MICHEL WEIBEL, GUENTER WENNINGER, AND ROLF WUNSCH,**
*Appellees.*

---

2014-1087

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. 105,839.

---

**JUDGMENT**

---

E. ANTHONY FIGG, Rothwell, Figg, Ernst & Manbeck, P.C., of Washington, DC, argued for appellants. With him on the brief was R. DANNY HUNTINGTON.

MICHAEL H. JACOBS, Crowell & Mornig LLP, of Washington, DC, argued for appellees.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, *Chief Judge,* SCHALL and HUGHES, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

July 17, 2014
Date

/s/  Daniel  E.  O'Toole
Daniel E. O'Toole
Clerk of Court